United States District Court
Southern District of Texas
**ENTERED**
March 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brenda Bernett Moffett, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-20-2557 |
| | § | |
| Kilolo Kijakazi, | § | |
| Acting Commissioner of the Social | § | |
| Security Administration, | § | |
| *Defendant*. | § | |

## ORDER OF ADOPTION

On February 14, 2021, Magistrate Judge Peter Bray recommended that Brenda Bernett Moffett's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (ECF No. 19.) Plaintiff filed objections. (ECF No. 20.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed.

Signed on March 3, 2022, at Houston, Texas.

David Hittner
United States District Judge

2